**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

JOHN DARE,                          )
                                    )
                  Petitioner,       )
                                    )        Civil Action No. 05-257 Erie
         v.                         )
                                    )
UNITED STATES PAROLE                )
COMMISSION, et al.,                 )
                                    )
                  Respondents.      )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on September 9, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 23], filed on April 12, 2006, recommended that Petitioner's Petition be denied.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail and on Respondents.  Petitioner filed objections [Doc. No. 26] on April 24, 2006.  After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 3rd day of May, 2006;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED.

The Report and Recommendation [Doc. No. 23] of Magistrate Judge Baxter, filed on April 12, 2006, is adopted as the opinion of the Court.

                                    s/   Sean J. McLaughlin
                                    United States District Judge

cm:    All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge